IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REVA STACK, LEIGH JEAN KOINZAN and ZITA DOUGLAS, on their own behalf and on behalf of those similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>AMERICAN MEDICAL INTERNATIONAL, INC. PENSION PLAN; TENET HEALTHCARE CORPORATION; J. DOE 1, J. DOE 2, J. DOE 3, J. DOE 4, and J. DOE 5, real and true names unknown but who are members of the Board of Directors of Tenet Healthcare Corporation constituting the PENSION COMMITTEE of the BOARD; J. DOE 6, J. DOE 7, J. DOE 8, and J. DOE 9, real and true names unknown but who are the PENSION ADMINISTRATION COMMITTEE Appointed by the Pension Committee of the Board of Directors of Tenet Healthcare Corporation; J. DOE 10, real and true name unknown but who is DIRECTOR of RETIREMENT PLANS and the PLAN ADMINISTRATOR appointed by the Pension Administration Committee; and STATE STREET BANK AND TRUST COMPANY, Plan Trustee of the American Medical International, Inc. Pension Plan,<br><br>        Defendants. | 8:02CV266<br><br>SCHEDULING ORDER |

      On May 4, 2005, counsel for the parties advised the undersigned that a mediator had been chosen and that the mediation would be completed by the end of June 2004.

      **IT IS ORDERED** that the parties shall electronically file a joint status report on or before **July 15, 2005**, concerning the status of mediation efforts.

      **DATED May 5, 2005.**

                                                        **BY THE COURT:**

                                                        s/ F.A. Gossett
                                                        **United States Magistrate Judge**