# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **REVA STACK, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:02CV266** |
| vs. ) | |
| ) | **SCHEDULING ORDER** |
| **AMERICAN MEDICAL INTERNATIONAL** ) | |
| **INC. PENSION PLAN,** ) | |
| ) | |
| **Defendants.** ) | |

Upon review of the parties' Status Report (#82),

**IT IS ORDERED** that the parties shall electronically file a supplemental status report on or before **October 18, 2005**, concerning the status of settlement negotiations.

**DATED July 18, 2005.**

                                         **BY THE COURT:**

                                         **s/ F.A. Gossett**
                                         **United States Magistrate Judge**