IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **REVA STACK, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:02CV266 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **AMERICAN MEDICAL INTERNATIONAL, INC. PENSION PLAN, et al.,** | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Nicole B. Theophilus for leave to withdraw as counsel for defendants American Medical International, Tenet Healthcare, and J. Doe Nos. 1-10 (#97). The record shows that substitute counsel has entered an appearance on behalf of these defendants. Accordingly,

**IT IS ORDERED** that the motion (#97) is granted, and Nicole B. Theophilus is given leave to withdraw as counsel for defendants American Medical International, Tenet Healthcare, and J. Doe Nos. 1-10.

**DATED April 6, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**