IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REVA STACK, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>AMERICAN MEDICAL INTERNATIONAL, )<br>INC. PENSION PLAN, et al., )<br>)<br>Defendants. ) | 8:02CV266<br><br>SCHEDULING ORDER |

At the joint request of counsel, and for good cause shown,

**IT IS ORDERED:**

1. The parties are given until and including **June 29, 2006** to submit for Judge Bataillon's approval their proposed Notice of Class Action and Proposed Settlement and Notice of Hearing.

2. A telephonic status conference with the undersigned is set for **June 21, 2006 at 1:00 p.m.** Plaintiff's counsel shall initiate the conference call to opposing counsel and to the court at 402-661-7340.

**DATED June 7, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**