IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REVA STACK, LEIGH JEAN KOINZAN, and ZITA DOUGLAS, | ) ) ) | CASE NO. 8:02CV266 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| AMERICAN MEDICAL INTERNATIONAL, INC., et al., | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court upon the joint Stipulation of Plaintiffs and Defendant State Street Bank & Trust for an order of dismissal as to Defendant State Street Bank & Trust. Upon consideration of the facts, the Court finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter shall be, and hereby is, dismissed as to Defendant State Street Bank & Trust.

Dated this 24th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge

Prepared and Submitted by:
Michael L. Schleich - #13690
FRASER, STRYKER, MEUSEY,
OLSON, BOYER & BLOCH, P.C.
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102
402/341-6000
Attorneys for Plaintiffs